**Matthew D. Colley**, OSB No. 125084
mdc@bhlaw.com
BLACK HELTERLINE LLP
805 SW Broadway, Ste. 1900
Portland, OR 97205
Telephone: (503) 224-5560
Facsimile: (503) 224-6148
Of Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| MITCHELL CRAIGH KEITH, | Case No. 15-CV-01950-AA |
| Plaintiff, | |
| v. | STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |
| CESAR VEGA LOPEZ, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereto, by and through their attorneys of records, hereby stipulate that this matter be dismissed with prejudice and with no award of costs, disbursements, or attorneys' fees to any party.

/////

/////

/////

/////

/////

/////

IT IS THEREFORE ORDERED AND ADJUDGED that the above-captioned matter is dismissed with prejudice and with no award of costs, disbursements, or attorneys' fees to any party.

DATED this 6th day of July, 2016.

_____
Hon. Ann Aiken
United States Judge

IT IS SO STIPULATED:

| BLACK HELTERLINE LLP | YERVASI POPE PC |
|---|---|
| By: /s/ Matthew D. Colley<br>Matthew D. Colley, OSB No. 125084<br>Of Attorneys for Defendant | By: /s/ Damien R. Yervasi<br>Damien R. Yervasi, OSB No. 954609<br>Of Attorneys for Plaintiff |